UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,                  )
                                           )   CR-11-071-RHW-3
                 Plaintiff,                )
                                           )   ORDER FOLLOWING STATUS
v.                                         )   CONFERENCE AND GRANTING
                                           )   UNOPPOSED ORAL MOTION TO
DONNA MARIE STONE, a/k/a Donna             )   MODIFY CONDITIONS OF RELEASE
Marie Dansby,                              )
                                           )   ☑   ECF No. 61
                 Defendant.                )

     At the August 15, 2011 Status Conference, defendant orally

moved for modification of release conditions (ECF No. 61).  The

unopposed motion was granted and conditions of release are amended

to permit:

     (1) Ms. Stone's 13 year old son may stay at her home as

permitted by Pretrial Services and shall include weekends.

     (2) Ms. Stone may have family stay at her home during the

weekend of her mother's wedding, provided no visitors have been

convicted of felonies.

     The next Status Conference will be held on **Friday, September
16, 2011 at 1:30 p.m.** before the undersigned.

     All other conditions of release remain.

     DATED August 15, 2011.


                          S/ CYNTHIA IMBROGNO
                     UNITED STATES MAGISTRATE JUDGE


ORDER - 1