```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-11-071-RHW-3 |
| Plaintiff, | |
| v. | ORDER FOLLOWING STATUS CONFERENCE AND GRANTING ORAL MOTION |
| DONNA MARIE STONE, a/k/a Donna Marie Dansby, | ☑ ECF No. 78 |
| Defendant. | |

At the September 16, 2011 status conference, Defendant orally moved for modification of her curfew during her mother's wedding. (ECF No. 78.) The unopposed motion was **GRANTED**; however, since there will be alcohol at the wedding, Defendant may not stay overnight. Defendant's curfew may be extended on **September 17, 2011, to 9:00 p.m.**

The next status conference will be held on **November 10, 2011, at 2:30 p.m.** before the undersigned.

All other conditions of release remain.

DATED September 16, 2011.

                    <u>S/ CYNTHIA IMBROGNO</u>
                    UNITED STATES MAGISTRATE JUDGE

ORDER - 1